PARGA Y FRONTERA S. EN C., DEMANDANTE Y APELANTE, *v.*
THE ROYAL INSURANCE COMPANY, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Mayagüez
en pleito sobre cobro de póliza.

No. 2952.—Resuelto en junio 19, 1923.

COSTAS—DISCRECIÓN JUDICIAL.—Hizo buen uso de su discreción al no imponer la corte las costas a la demandada en este caso de daños y perjuicios, pues habiéndose sometido la demandante a un arbitraje cuyo laudo estimó insuficiente, la demandada estaba justificada en creer que los daños no eran mayores que la tasación hecha por los árbitros, especialmente toda vez que la demandante trataba de recobrar una cantidad mayor que la que realmente fué determinada por la corte.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. P. Fajardo.*
Abogado de la apelada: *Sr. J. Sabater.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La parte sustancial de esta apelación está resuelta en nuestra opinión y sentencia del caso No. 2935.

En cuanto a la omisión de la corte inferior en imponer las costas a la demandada, esa era una cuestión dentro de la sana discreción de la corte y no vemos que se haya cometido abuso alguno. En realidad de verdad, después de haberse sometido la demandante a un arbitraje la demandada estaba justificada en creer que los daños no eran mayores que la tasación hecha por los árbitros, especialmente toda vez que la demandante trataba de recobrar una cantidad mayor que la que realmente fué determinada por la corte.

Debe confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.